FILED IN OPEN COURT
04.24.08

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

BASIL JONES
 a/k/a Everton
ROBERT STEWART

CASE NO.   3:08-cr-152-J-IWRK
Ct. 1:        21 U.S.C. §§ 841(a)(1),
                841(b)(1)(A), 841(b)(1)(B),
                and 846
Forfeiture:  21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about 2005 through in or about March 2008, at Jacksonville, Yulee and Fernandina Beach, in the Middle District of Florida, California, and elsewhere

BASIL JONES
a/k/a Everton
ROBERT STEWART

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other and with other persons who are known and unknown to the grand jury, to distribute cocaine, a Schedule II controlled substance, the amount of cocaine being five (5) kilograms or more, and marihuana, a Schedule I controlled substance, the amount of marihuana being 100 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURES

1.     The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2.     From their engagement in the violations alleged in Count One of this Indictment/Information, punishable by imprisonment for more than one year, the defendants

BASIL JONES
a/k/a Everton
ROBERT STEWART

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a.     Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

b.     Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations;

3.     If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

2

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: FRANK TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BASIL JONES
a/k/a Everton
ROBERT STEWART

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846

A true bill

_____
Foreperson

Filed in open court this 24th day

of April, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525

Revised 05 03 2007