UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.                                                   Case No. 3:08-cr-152-J-16JRK

ROBERT STEWART

## MOTION FOR CAPIAS

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for ROBERT STEWART against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Bar No. 0094201
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310