Received
U.S. Marshals
APR 25 2008
Middle District of Florida
Jacksonville Division

AO 442 (Rev 5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROBERT STEWART

**WARRANT FOR ARREST**

CASE NUMBER: 3:08-cr-152-J-1WRK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT STEWART and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to distribute cocaine and marihuana.

In violation of Title 21, United States Code, Section(s) 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846.

**Sheryl L. Loesch**
Name & Title of Judicial Officer

**Clerk, United States District Court**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

4/25/08 at Jacksonville, Florida
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Mobile AL |||
| DATE RECEIVED 4/25/08  DATE OF ARREST 6/23/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |