**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                           **Case No. 3:08-cr-152-J-16JRK**

**ROBERT STEWART**
_____/

### ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#57) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, **BASIL JONES**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II is hereby **scheduled** for 11:00 a.m., on Thursday, January 29, 2009, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  4th   of November, 2008.

_____
JOHN H. MOORE II
United States District Judge

Copies to:     Assistant United States Attorney (Savell)
               Defense Counsel - Ross Haine
               United States Marshal's Service
               United States Probation