UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                       CASE NO. 3:08-cr-152-J-16JRK

ROBERT STEWART

**MOTION BY THE UNITED STATES FOR**
**REDUCTION OF DEFENDANT'S SENTENCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a 2-level reduction in the defendant's offense level, and in support thereof states as follows:

Pre-indictment, the defendant agreed to cooperate and provided information about others he was involved with in the drug business which assisted law enforcement officers. After being indicted, the defendant was prepared to testify against his co-defendant, Basil Jones, which was made known to Jones. Jones later pled guilty.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant was provided useful information to law enforcement officers pre-indictment. Thereafter, the defendant was prepared to testify against his co-defendant, Basil Jones, which led, in part, to Jones' decision to plead guilty.

The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a 2-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this court should grant the government's motion for reduction of sentence.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

By:   s/Julie Hackenberry Savell
        JULIE HACKENBERRY SAVELL
        Assistant United States Attorney
        Bar No. 0094201
        300 North Hogan Street, Suite 700
        Jacksonville, Florida  32202-4270
        Telephone:   (904) 301-6300
        Facsimile:   (904) 301-6310
        Email: Julie.Savell@usdoj.gov

U.S. v. ROBERT STEWART                                Case No. 3:08-cr-152-J-16JRK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Willis, Esq.

I hereby certify that on January 26, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by hand delivery to the following non-CM/ECF participant(s):

Randy Carter
United States Probation Officer
Jacksonville, Florida

                                         s/Julie Hackenberry Savell
                                         JULIE HACKENBERRY SAVELL
                                         Assistant United States Attorney