UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA         CASE NO. 3:08-cr-152-J-16JRK
v.
ROBERT STEWART

**Counsel for Government:**          **Counsel for Defendant:**

Julie Savell                         Robert Willis

HONORABLE JOHN H MOORE II, UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Virginia Flick
Court Reporter: Deanne Moore

## CLERK'S MINUTES

PROCEEDINGS OF: SENTENCING

- X  Plea Agreement ratified and accepted.
- X  Defendant adjudged guilty on Count(s) ___1 of the Indictment___
- X  Witnesses for Defendant - Bonnie Fay Stewart (mother)
- X  Imprisonment ___84 months as to Count 1___
- X  Court recommends as close to Jacksonville Fl as possible with drug treatment program
- X  Supervised Release: ___5 years as to Count 1___
- X  Special Assessment: ___$100.00___ to be paid immediately.
- X  Notice letter given defendant concerning payment of Special Assessment.
     Restitution:_____
     Fine: ___Waived___ To be Paid: _____
- X  Notified of Right to Appeal

Other:  Remanded to the custody of the U. S. Marshal's Service

        **GRANTS** Government's Motion for Reduction

DATE: __January 29, 2009__   TIMES: __11:15 am - 11:45 am__   TOTAL: __30 min__